IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LAWRENCE CANNON                                              PLAINTIFF

v.                      No. 3:13-cv-270-DPM-HDY

POINSETT COUNTY JAIL; BECKEY HITT,
Administration, Poinsett County Jail;
DOYLE RAMEY, Jailer, Poinsett County
Jail; EDDIE SALINAS, Jailer, Poinsett County
Jail; B.J. CARTER, Jailer, Poinsett County Jail;
JASON THOMAS, Jailer, Poinsett County Jail;
and DOES, Unknown Jailers and
Administration, Poinsett County Jail                         DEFENDANTS

ORDER

Unopposed recommendation, № 5, granted. FED. R. CIV. P. 72(b)(3) (1983 Addition to Advisory Committee Notes). Cannon's complaint is dismissed without prejudice for failure to prosecute. Local Rule 5.5(c)(2). The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 March 2014