IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LAWRENCE CANNON                                 PLAINTIFF

v.                 No. 3:13-cv-270-DPM

POINSETT COUNTY JAIL; BECKEY HITT,
Administration, Poinsett County Jail;
DOYLE RAMEY, Jailer, Poinsett County
Jail; EDDIE SALINAS, Jailer, Poinsett County
Jail; B.J. CARTER, Jailer, Poinsett County Jail;
JASON THOMAS, Jailer, Poinsett County Jail;
and DOES, Unknown Jailers and
Administration, Poinsett County Jail           DEFENDANTS

## JUDGMENT

Cannon's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 March 2014